IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO

| UNITED STATES OF AMERICA, | JUDGMENT |
|---|---|
| v. | INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT |

THOMAS HARRY EPPS          CASE NO: 1:05-MJ-00200 DLB

C Leonetti, AFD
(Defendant's Attorney of Record)

**THE DEFENDANT** was found guilty on Counts ONE and TWO, in the (X) Complaint ( ) Violation, after a (X) plea of guilty ( ) court trial.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNTS NUMBER(s) | DATE OF OFFENSE |
|---|---|---|---|
| 36 CFR 2.35(c) | UNDER THE INFLUENCE OF ALCOHOL | ONE | JUNE 21, 2005 |
| 36 CRF 2.35(c) | UNDER THE INFLUENCE OF ALCOHOL | TWO | AUGUST 22, 2005 |

The defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X]   Count THREE is Dismissed on Motion of the Government.

[X]   The fine imposed by this Judgment is $240.00 for each count in the total amount of $480.00, and is payable to the Clerk of the court. The fine and special assessment shall be paid within 5 months of Probation.

[X]   The mandatory special assessment imposed by this sentence is $10.00 for each count in the total amount of $20.00, payable to the Clerk of the court.

[ ]   No fine is imposed, due to the defendants' inability to pay.

[ ]   Restitution imposed by this Judgment is $ _____, payable to:

(Payee's Name)

(Payee's Address)

(City, State, Zip Code)

**IT IS FURTHER ORDERED that** the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

Original - Court; Copies to: Defendant, Defendant's counsel, Probation, U.S. Attorney, U.S.

Marshal, Pretrial Service, Financial

DEFENDANT:                                                                       **JUDGMENT - Page 2 of 2**

CASE NO.: 1:05-MJ-00200 DLB

Social Security Number: 7433

Date of Birth: 1981

The defendant is placed on **Limited Supervised Probation** for 6 MONTHS, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance. Revocation of probation is mandatory for illegal possession of a controlled substance.
2. The defendant shall report, forthwith, to the probation officer and thereafter as directed.
3. The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.
5. The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

**You shall comply with the following special conditions:**

[ ] _____ months/days jail facility, pursuant to 18 U.S.C. 3563 (b)(10), to commence as directed by the probation officer.

[ ] _____ months/days Community Corrections Center, pursuant to 18 U.S.C. 3562(b)(11), as directed by the probation officer. Pay costs of confinement, as determined by the Bureau of Prisons.

[ ] _____ hours of unpaid community service, and pay fees not to exceed $ _____, as directed by the probation officer.

[X] Probation shall become unsupervised upon completion of all special conditions and payment of financial obligations, set forth by this court.

[ ] _____

[ ] _____

---

Mailing Address:                                    Date of Sentencing: August 31, 2005

306 Linden Avenue

                                                                 /s/ Dennis OL. Beck

Towson, MD 21256                             Signature of Judicial Officer

Residence Address:

                                                          DENNIS L. BECK, U.S. MAGISTRATE JUDGE

Same as Above                                 Name & Title of Judicial Officer

County: _____ DATE: September 9, 2005